**Dated: September 17, 2009**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

In re                                    Case No. 09-29553
Tom Bryce

                                         Chapter 13

Debtor(s).
_____

ORDER DISMISSING CASE FOR FAILURE
TO SATISFY FILING REQUIREMENTS
_____

It appearing to the Court that the Debtor has failed to timely satisfy the filing requirements pursuant to the Bankruptcy Clerk's Notice to Complete Filing Requirements in Compliance with Local Standing Order Misc. No. 05-0004, and thus that this case should be dismissed; now therefore, the bankruptcy case is **DISMISSED**, the trustee is discharged as trustee of the estate, and the Bankruptcy Court Clerk is authorized to administratively close this case.

Orderdismiscasefailuretosatfilngreqco0240104